| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Peter J. Mastan (SBN 190250)<br>e-mail: peter.mastan@dinsmore.com<br>Lovee D. Sarenas (SBN 204361)<br>e-mail: lovee.sarenas@dinsmore.com<br>DINSMORE & SHOHL LLP<br>550 S. Hope Street, Suite 2800<br>Los Angeles, CA 90071<br>Tel: (213) 335-7737<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Nancy Zamora, Chapter 7 Trustee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br>Hospice Partners, Inc.,<br><br><br><br><br>Debtor(s). | CASE NO.: 9:25-bk-11033-RC<br>CHAPTER: 7<br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| **Sale Date:** December 2, 2025 | **Time:** 1:00 p.m. |
|---|---|
| **Location:** Courtroom 201, 1415 State Street, Santa Barbara, CA 93101-2511 ||

**Type of Sale**: ☒ Public ☐ Private        **Last date to file objections**: November 18, 2025

**Description of property to be sold**:
The bankruptcy estate's ("Estate") right, title and interest in and to certain (i) inventory in the form of used home furniture, small appliances, merchandise for men, women, and children, and (ii) equipment of the Debtor used in the operating of the store such as mannequins, point-of-sale equipment, and store furniture, and store appliances as listed in Schedule 1.01-A to the Asset Purchase Agreement attached as Exhibit 1 to the Motion ("Purchased Assets").

**Terms and conditions of sale**:

See attachment.

**Proposed sale price**: $20,000.00

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                     Page 1                                     **F 6004-2.NOTICE.SALE**

**Overbid procedure** *(if any)*:
See attachment.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

December 2, 2025 at 1:00 p.m.

United States Bankruptcy Court
Central District of California
1415 State Street, Suite 233 / Courtroom 201
Santa Barbara, California 93101-2511

**Contact person for potential bidders** *(include name, address, telephone, fax and/or email address)*:

Peter J. Mastan, Esq.
E-mail: peter.mastan@dinsmore.com
Lovee D. Sarenas, Esq.
E-mail: lovee.sarenas@dinsmore.com
DINSMORE & SHOHL LLP
550 S. Hope Street, Suite 2800
Los Angeles, CA 90071
Telephone: (213) 335-7737

Date: October 31, 2025

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 6004-2.NOTICE.SALE**

## ATTACHMENT

A. <u>**Terms and Conditions of Sale**</u>

The salient terms of the sale are as follows:

a.  The Purchased Assets are being sold to the Buyer for $20,000 ("Purchase Price"), subject to Bankruptcy Court approval and overbids, on an "as is, where is" basis without any warranties or representations whatsoever, with all faults and on the terms and conditions set forth in the APA. APA, §§ 1.02, 1.03, and 1.05.

b.  The sale does not include the assets that are listed in Schedule 1.01-B to the APA ("Excluded Assets"). APA, § 1.01.

c.  Payment is due to the Trustee three (3) days after the execution of the APA by the Buyer to be held in the Trustee's segregated account. Payment is nonrefundable except if the Buyer is not the successful bidder at the sale. APA, §§ 1.03 and 1.04.

d.  As additional consideration for the Sale, the Buyer is waiving all of its administrative claim as defined under the Bankruptcy Code relating to the Lease ("Administrative Rent") and releasing all claims held by the Buyer against the Estate including any claim under Bankruptcy Code §502(b)(6) ("Rejection Claim"). APA, §§ 1.03 and 4.01.

e.  Buyer bears the cost of removing the Purchased Assets from the Store Location. APA, § 5.12.

f.  The sale of the Purchased Assets shall be free and clear of all liens, claims, encumbrances, and interests. APA, § 1.01.

g.  As a condition to the closing of the sale, the Lease shall be deemed rejected as of the Petition Date. APA, §2.02.

h.  The Bankruptcy Court-Northern Division will retain jurisdiction to hear any dispute relating to the transaction contemplated in the APA.

The Trustee further requests that the Buyer be afforded the protection of a good faith purchaser pursuant to Bankruptcy Code § 363(m). There is no break-up fee associated with the transaction.

B. <u>**Proposed Overbid Procedures**</u>

The Trustee proposes the following Overbid Procedures for any competing bid received in connection with the sale:

1. The Purchased Assets shall be sold as a single lot and any overbids will have to provide for the purchase of the whole lot.

2.   The minimum overbid must be $2,000 above the Purchase Price plus the amount of the outstanding Administrative Rent that is being waived by the Buyer, which amount is equal to the rent incurred from the Petition Date through the closing of the sale.

3.   Any person or entity who intends to participate in the overbid process ("Bidder") must serve the Trustee and her counsel with the initial bid ("Initial Bid") so that it is actually received no later than 5:00 p.m. on November 25, 2025 ("Bid Deadline"). Each Initial Bid must include (i) a cashier's check or money order made payable to "Nancy Zamora, Chapter 7 Trustee" in the amount not less than $63,700 comprised of the full Purchase Price plus $2,000 and at least $41,200 of Administrative Rent; and (ii) cashier's checks payable to the Trustee in the maximum amount for any potential bid for such assets. The Initial Bid must be delivered to:

>   Dinsmore & Shohl LLP
>   Attn: Peter J. Mastan, Esq.
>          Lovee D. Sarenas, Esq.
>   550 S. Hope Street, Suite 2800
>   Los Angeles, CA 90071

4.   Bidder must agree to substantially similar terms and conditions as APA together with the monetary equivalent of waived Lessor claim.

5.   Only parties with conforming Initial Bids submitted by the Bid Deadline shall be considered a "Qualified Bidder" and may bid at the sale. Trustee shall have the sole authority to determine (i) whether a party is a Qualified Bidder; and (ii) whether the overbid is the highest and best bid ("Successful Bidder") for the Purchased Assets.

6.   The Buyer is entitled to overbid and is deemed a Qualified Bidder to the extent of cashier's checks provided to the Trustee at or before the hearing on the Motion.

7.   Every subsequent overbid over the Initial Bid shall be in minimum increments of at least $2,000.

8.   Each Qualified Bidder or an authorized representative of the Qualified Bidder must be present at the sale in order to overbid. Qualified Bidders are permitted to continue overbidding after initially passing their turn(s) to overbid. Any overbid must remain open until the conclusion of the Auction at the Sale Hearing.

9.   If the Buyer is not the Successful Bidder of the Purchased Assets, the Purchase Price paid by the Buyer shall be refunded, and the Successful Bidder shall be deemed the new buyer under the terms of the APA.

10.  If the Successful Bidder cannot deliver the balance of the total overbid purchase price within five days of the entry of the order granting the Motion and is unable to complete the purchase of the Purchased Assets, the Trustee shall be authorized to accept the offer made by the next highest bidder.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
655 West Broadway, Suite 800, San Diego, CA 92101

A true and correct copy of the foregoing document entitled: **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* October 31, 2025 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    Elan S Levey - elan.levey@usdoj.gov, usacac.tax@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
    Edwin J Rambuski - edwin@rambuskilaw.com, marissa@rambuskilaw.com
    Paul F Ready - becky@farmerandready.com
    Lovee D Sarenas - lovee.sarenas@dinsmore.com, wendy.yones@dinsmore.com; adelya.ashralieva@dinsmore.com
    Felicita A Torres - torres@g-tlaw.com
    United States Trustee (ND) - ustpregion16.nd.ecf@usdoj.gov
    Nancy J Zamora (TR) - zamora3@aol.com, nzamora@ecf.axosfs.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* October 31, 2025 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SLBiggs
10960 Wilshire Blvd., Ste. 1100
Los Angeles, CA 90024

Hospice Partners, Inc.
P.O. Box 409
Nipomo, CA 93444-0409

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

| October 31, 2025 | Wendy A. Yones | /s/ Wendy A. Yones |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 6004-2.NOTICE.SALE**