NANCY J. ZAMORA, ESQ. (SBN 137326)
U.S. Bank Tower
633 West 5th Street, Suite 2600
Los Angeles, CA 90071
Telephone:      (213)488-9411
Facsimile:      (213) 488-9418
Zamora3@aol.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# NORTHERN DIVISION DIVISION

| | |
|---|---|
| In Re:<br><br>HOSPICE PARTNERS, INC.<br><br><br><br>Debtor(s) | Case No.: 9:25-bk-11033-RC<br><br>Chapter: 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL: Paul F Ready
TO THE ABOVE NAMED DEBTOR(S):

    You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 11/24/25 at 9:30 am, via Zoom video meeting. Go to Zoomus/join, Enter. Meeting ID 885 749 7200 and Passcode 8554842533, Or call 1-747-281-2462

For the reason set forth below:

**Other -** Your hearing is continued for administrative reasons.

Dated:      November 13, 2025                    /s/ Nancy J. Zamora
                                                             Nancy J. Zamora, Chapter 7 Trustee