| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Hospice Partners, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | 9:25-bk-11033-RC |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                    Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Amazon Capital Services**<br>**410 Terry Avenue North**<br>**Seattle, WA 98109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Aya Healthcare, Inc.**<br>**5930 Cornerstone Ct W # 300**<br>**San Diego, CA 92121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Bayside Care Center**<br>**1405 Teresa Road**<br>**Morro Bay, CA 93442** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Brendler Janmatorial Service**<br>**670 Santa Rita Road**<br>**Templeton, CA 93465** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Hospice Partners, Inc. | Case number (if known) | 9:25-bk-11033-RC |
|---|---|---|---|
| | Name | | |

---

**3.5** Nonpriority creditor's name and mailing address
**Charter Communications**
400 Washington Blvd
Stamford, CT 06902

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.6** Nonpriority creditor's name and mailing address
**Compass Health, Inc.**
200 South 13th Street
Ste 208
Grover Beach, CA 93433

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.7** Nonpriority creditor's name and mailing address
**Core Medical Group**
655 S Willow St
Ste 128
Manchester, NH 03103

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.8** Nonpriority creditor's name and mailing address
**Culligan Water**
9339 W. Higgins Road
Ste 1100
Des Plaines, IL 60018

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.9** Nonpriority creditor's name and mailing address
**CVS Caremark**
1 CVS Drive
Woonsocket, RI 02895

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.10** Nonpriority creditor's name and mailing address
**Danish Care Center**
10805 El Camino Real
Atascadero, CA 93422

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.11** Nonpriority creditor's name and mailing address
**Dignity Health**
Arroyo Grande Hospital
PO Box 740234
Los Angeles, CA 90074-0234

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Hospice Partners, Inc. | Case number (if known) | 9:25-bk-11033-RC |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address<br>Employment Development Department<br>Bankruptcy Special Procedures Group<br>PO Box 826880 MIC 92E<br>Sacramento, CA 94280-0001<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
|---|---|---|---|
| 3.13 | Nonpriority creditor's name and mailing address<br>Foley & Lardner LLP<br>777 East Wisconsin Ave<br>Milwaukee, WI 53202<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.14 | Nonpriority creditor's name and mailing address<br>Fusion Medical Staffing<br>18881 W Dodge Road<br>Ste 300W<br>Elkhorn, NE 68022<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.15 | Nonpriority creditor's name and mailing address<br>Great Western Alarm<br>1421 Park St<br>Paso Robles, CA 93446<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.16 | Nonpriority creditor's name and mailing address<br>Lincare, Inc<br>19387 US 19 N<br>Clearwater, FL 33764<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.17 | Nonpriority creditor's name and mailing address<br>Marian Regional Medical Center<br>1400 E. Church St.<br>Santa Maria, CA 93454<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.18 | Nonpriority creditor's name and mailing address<br>Mckesson Medical-Surgical<br>6555 State Hwy 161<br>Irving, TX 75039-2402<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |

| Debtor | Hospice Partners, Inc. | Case number (if known) | 9:25-bk-11033-RC |
|---|---|---|---|
| | Name | | |

---

**3.19** Nonpriority creditor's name and mailing address
Medline Industries, Inc
3 Lakes Drive
Winnetka, IL 60093-2753

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.20** Nonpriority creditor's name and mailing address
Mission View Health Center
1425 Woodside Drive
San Luis Obispo, CA 93401

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.21** Nonpriority creditor's name and mailing address
Model Drug Inc
1506 Draper St
Kingsburg, CA 93631

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.22** Nonpriority creditor's name and mailing address
Optum Hospice Pharmacy Services
4525 Executive Park Dr
Montgomery, AL 36116

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.23** Nonpriority creditor's name and mailing address
Pacific Medical Equipment
1700 N Chrisman Road
Tracy, CA 95304

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.24** Nonpriority creditor's name and mailing address
Pacific Medical Equipment
520 East 3rd Street
Unit C
Oxnard, CA 93030

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.25** Nonpriority creditor's name and mailing address
PG&E
The Gas Company
PO Box C
Monterey Park, CA 91756-5111

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Hospice Partners, Inc. | Case number (if known) | 9:25-bk-11033-RC |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address<br>Rite III, Inc<br>504 First St<br>Suite A<br>Paso Robles, CA 93446<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
|---|---|---|---|
| 3.27 | Nonpriority creditor's name and mailing address<br>Samson Funding<br>17 State St<br>New York, NY 10004<br>Date(s) debt was incurred __<br>Last 4 digits of account number  t771 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.28 | Nonpriority creditor's name and mailing address<br>San Luis Post Acute Center<br>3033 Augusta St<br>San Luis Obispo, CA 93401<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.29 | Nonpriority creditor's name and mailing address<br>Securitas Technology Corporation<br>2122 Hutton Road<br>Nipomo, CA 93444<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.30 | Nonpriority creditor's name and mailing address<br>Sierra Vista Regional Medical Ctr<br>1 Adventist Health Way<br>Roseville, CA 95661<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.31 | Nonpriority creditor's name and mailing address<br>Strategic Healthcare Programs, LLC<br>6500 Hollister Ave, Ste 210<br>Goleta, CA 93117<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.32 | Nonpriority creditor's name and mailing address<br>Vineyard Hills Health Center<br>290 Heather Court<br>Templeton, CA 93465<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |

| Debtor | Hospice Partners, Inc. | Case number (if known) | 9:25-bk-11033-RC |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address<br>Vital Records Control<br>140 Hind Lane<br>San Luis Obispo, CA 93401<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
|---|---|---|---|
| 3.34 | Nonpriority creditor's name and mailing address<br>Wallace Home Medical Supplies<br>12310 Los Osos Valley Road<br>San Luis Obispo, CA 93405<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.35 | Nonpriority creditor's name and mailing address<br>Westwinds Business Park<br>285 South St<br>San Luis Obispo, CA 93401<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 0.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 0.00 |