Peter J. Mastan (SBN 190250)
E-mail: *peter.mastan@dinsmore.com*
Lovee D. Sarenas (SBN 204361)
E-mail: *lovee.sarenas@dinsmore.com*
**DINSMORE & SHOHL LLP**
550 S. Hope Street, Suite 2800
Los Angeles, CA 90071
Telephone: (213) 335-7737
Facsimile: (213) 335-7740

Counsel to the Chapter 7 Trustee
Nancy Zamora

**FILED & ENTERED**

**DEC 04 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY handy    DEPUTY CLERK**

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>HOSPICE PARTNERS, INC.,[1]<br><br>Debtor. | Case No.: 9:25-bk-11033 RC<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION BETWEEN THE TRUSTEE AND THE U.S. SMALL BUSINESS ADMINISTRATION REGARDING CLAIM NUMBER 5**<br><br>Date: December 2, 2025<br>Time: 1:00 p.m.<br>Judge: Hon. Ronald Clifford III<br>Place: Courtroom 201<br>　　　1415 State Street<br>　　　Santa Barbara, California 93101-2511 |

///

///

///

///

---

[1] The following related cases are affiliated with the Debtor: *Wilshire Connected Care, Inc.* (9:25-bk-11028-RC)*; Wilshire Management Services, Inc.* (9:25-bk-11029-RC); *Wilshire Community Services, Inc.* (9:25-bk-11031-RC); *and Wilshire Health & Community Services, Inc.* (9:25-bk-11032-RC).

1

#65465041v1

On October 31, 2025, Nancy Zamora, Chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of the debtor Hospice Partners, Inc. d.b.a. Wilshire Hospice and Wilshire Hospice Hope Chest ("Debtor") in the above-captioned bankruptcy case ("Case") filed the *Stipulation Between the Trustee and the U.S. Small Business Administration Regarding Claim Number 5* ("Stipulation") [ECF No. 30] with this Court, before the Honorable Ronald Clifford III, presiding.

The Court having reviewed and considered the Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Stipulation is APPROVED in its entirety.
2. The Trustee is authorized to perform all acts, and execute all such documents and agreements, which may be required to effectuate the terms and conditions of the approved Stipulation.

**IT IS SO ORDERED.**

### 

Date: December 4, 2025

Ronald A. Clifford III
United States Bankruptcy Judge

2

#65465041v1