Peter J. Mastan (SBN 190250)
E-mail: peter.mastan@dinsmore.com
Lovee D. Sarenas (SBN 204361)
E-mail: lovee.sarenas@dinsmore.com
**DINSMORE & SHOHL LLP**
550 S. Hope Street, Suite 2800
Los Angeles, CA 90071
Telephone: (213) 335-7737
Facsimile: (213) 335-7740

Counsel to Nancy Zamora, Chapter 7 Trustee

FILED & ENTERED

DEC 17 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Spann    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION

| | |
|---|---|
| HOSPICE PARTNERS, INC.,[1]<br><br>Debtor. | Case No.: 9:25-bk-11033-RC<br><br>Chapter 7<br><br>**ORDER AUTHORIZING THE ABANDONMENT OF THE ESTATE'S INTEREST IN CERTAIN PERSONAL PROPERTIES OF THE DEBTOR LOCATED AT CERTAIN LEASED PREMISES PURSUANT TO 11 U.S.C. § 554(a)**<br><br>**[No Hearing Required Unless Requested]** |

On November 26, 2025, Chapter 7 Trustee, Nancy Zamora ("Trustee") of the bankruptcy estate ("Estate") of the debtor Hospice Partners, Inc. ("Debtor") filed the *Notice of Trustee's Intent to Abandon the Estate's Interest in Certain Personal Property of the Debtor Located at Certain Leased Premises* and *Declaration of Nancy Zamora in Support of Notice of Trustee's Intent to Abandon the Estate's Interest in Certain Personal Property of the Debtor Located at Certain Leased Premises Pursuant to 11 U.S.C. § 554(a)* (together, "Notice to Abandon") [ECF No. 40]. The Notice to Abandon came before this Court without a hearing.

---

[1] The following related cases are affiliated with the Debtor: *Wilshire Connected Care, Inc.* (9:25-bk-11028-RC)*; Wilshire Management Services, Inc.* (9:25-bk-11029-RC); *Wilshire Community Services, Inc.* (9:25-bk-11031-RC); *and Wilshire Health & Community Services, Inc.* (9:25-bk-11032-RC).

1

#66071192v2

1  The Court, having reviewed and considered the Notice to Abandon, finding that adequate notice has been provided of such abandonment pursuant to Bankruptcy Rule 6007(a) and that no opposition was filed; finding that the Personal Property is of inconsequential value or benefit to the Estate, and that such Personal Property is burdensome to the Estate; finding further that the requirements of 11 U.S.C. § 554(a) have been satisfied, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the Estate's rights, title, and interests in the Personal Property in the following locations:

    a.    106 B, Gateway Center Drive, Paso Robles, CA; and

    b.    277 South Street, Suite R, San Luis Obispo, CA 93401

are deemed abandoned upon the entry of this Order. The Trustee is authorized to take all actions necessary to effectuate this Order.

###

Date: December 17, 2025

Ronald A. Clifford III
United States Bankruptcy Judge

#66071192v2

2