| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| FELICITA A. TORRES<br>298630<br>GRIFFITH & THORNBURGH, LLP<br>8 East Figueroa Street<br>Santa Barbara, CA  93101<br>805-965-5131<br>805-965-6751<br>torres@g-tlaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney *for:* Creditor Rite III, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br>Hospice Partners, Inc., dba Wilshire Hospice dba Wilshire Hospice Hope Chest, | CASE NO.: 9:25-bk-11033-RC<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** *(title of motion[1])*:<br>Motion for Approval of Stipulation for Relief from the Automatic Stay |
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled  Order Approving Stipulation for Relief from the Automatic Stay

was lodged on *(date)*  January 8, 2026  and is attached. This order relates to the motion which is docket number 49.

---

[1] Please abbreviate if title cannot fit into text field.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012              Page 1              F 9021-1.2.BK.NOTICE.LODGMENT

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8 East Figueroa Street, Suite 300, Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) January 8, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Elan S Levey    elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- Edwin J Rambuski    edwin@rambuskilaw.com, marissa@rambuskilaw.com
- Grace Susan Ready    gready@farmerandready.com
- Paul F Ready    becky@farmerandready.com
- Lovee D Sarenas    lovee.sarenas@dinsmore.com, wendy.yones@dinsmore.com;adelya.ashralieva@dinsmore.com
- Felicita A Torres    torres@g-tlaw.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- Nancy J Zamora (TR)    zamora3@aol.com, nzamora@ecf.axosfs.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (date) January 8, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SLBiggs
10960 Wilshire Blvd., Ste. 1100
Los Angeles, CA 90024

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 8, 2026 | Kimberlie Cordero | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.BK.NOTICE.LODGMENT

**GRIFFITH & THORNBURGH, LLP**
ATTORNEYS AND COUNSELORS
8 EAST FIGUEROA STREET, SUITE 300
SANTA BARBARA, CA 93101
TELEPHONE: 805-965-5131
TELECOPIER: 805-965-6751

Felicita A. Torres, Bar No. 298630    Email: torres@g-tlaw.com
Lauren A. Rode, Bar No. 281803    Email: rode@g-tlaw.com

Attorneys for Rite III, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>HOSPICE PARTNERS, INC.,<br>DBA WILSHIRE HOSPICE<br>DBA WILSHIRE HOSPICE<br>HOPE CHEST,<br><br>        DEBTOR. | Case No. 9:25-bk-11033-RC<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>[FRBP Rule 4001(d)(1); LBR 9013-1 (o)]<br><br>No Hearing Required |

The Court having reviewed and considered Rite III, Inc's Notice of Motion and Motion for Approval of Stipulation for Relief from the Automatic Stay; Declaration of Felicita A. Torres (the "Motion," Docket No. 49), and no pleading or request for a hearing on the Motion having been filed in opposition to the Motion, and finding good cause therefore,

1

IT IS HEREBY ORDERED THAT:

i) The Motion is granted and the Stipulation for Relief from the Automatic Stay is approved.

\* \* \*

GRIFFITH &
THORNBURGH, LLP
ATTORNEYS AND
COUNSELORS