Peter J. Mastan (SBN 190250)
E-mail: *peter.mastan@dinsmore.com*
Lovee D. Sarenas (SBN 204361)
E-mail: *lovee.sarenas@dinsmore.com*
**DINSMORE & SHOHL LLP**
550 S. Hope Street, Suite 2800
Los Angeles, CA 90071
Telephone: (213) 335-7737
Facsimile: (213) 335-7740

Counsel to Nancy Zamora, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No.: 9:25-bk-11033-RC |
| HOSPICE PARTNERS, INC.,[1] | Chapter 7 |
| Debtor. | **STATEMENT RE: CHAPTER 7 TRUSTEE'S REPORT OF SALE** |
| | **[FRBP 6004(f)(1); LBR 6004-1(g)]** |
| | **[No Hearing Required]** |

Nancy Zamora, the duly-appointed chapter 7 Trustee ("Trustee") in the above-entitled Chapter 7 bankruptcy case of the debtor Hospice Partners, Inc. ("Debtor"), hereby submits her Report of Sale pursuant to Federal Rule of Bankruptcy Procedure Rule ("Bankruptcy Rule") 6004(f)(1) and Local Bankruptcy Rule ("LBR") 6004-1(g) of the United States Bankruptcy Court for the Central District of California.

On August 1, 2025 ("Petition Date"), the Debtor commenced a voluntary Chapter 7 bankruptcy petition. Among other things, the Debtor operated a thrift store prepetition called Hope Chest located at 445 Higuera Street in San Luis Obispo. Hope Chest ceased selling to the public at

---

[1] The following related cases are affiliated with the Debtor: *Wilshire Connected Care, Inc.* (9:25-bk-11028-RC)*; Wilshire Management Services, Inc.* (9:25-bk-11029-RC); *Wilshire Community Services, Inc.* (9:25-bk-11031-RC); *and Wilshire Health & Community Services, Inc.* (9:25-bk-11032-RC).

1

#66486460v1

the time of the Debtor's bankruptcy filing. The store location contained certain (i) inventory in the form of used home furniture, small appliances, merchandise for men, women, and children, and (ii) store fixtures and equipment of the Debtor used in the operating of the store at the time of the petition ("Purchased Assets"), which the Trustee decided to sell to Lamson-Elliott Investments, LLC f.k.a. JFM Limited Partnership ("Buyer"). The Purchased Assets are identified and listed in Schedule 1.01-A to the Asset Purchase Agreement and herein as **Exhibit 1**.

On December 12, 2025, the Court entered the *Order: (A) Granting Motion; (B) Approving Sale of Purchased Assets Free and Clear of All Interests; (C) Approving Overbid Procedures; (D) Granting 11 U.S.C. § 363(M) Protection to Buyer; (E) Rejecting Unexpired Lease Pursuant to 11 U.S.C. § 365(A) as of the Petition Date; and (F) Approving the Stipulation Between the U.S. Small Business Administration* ("SBA") *and the Trustee Concerning the Lien on Purchased Assets* [ECF No. 46] (the "Sale Order"), which approved the sale ("Sale") of the Purchased Assets pursuant to § 363(b) of the Bankruptcy Code. The sale price for the whole lot was $20,000. The Sale Order provided for the waiver of the 14-day stay of Bankruptcy Rule 6004 and is now a final order of this Court.

The Sale to Buyer was on an "as is, where is" basis, without any representations and/or warranties whatsoever, and was free and clear of liens, encumbrances, claims and interests pursuant to Bankruptcy Code § 363(f), with such liens, encumbrances, claims and interests attaching to the sale proceeds in the same extent, priority, and validity as existed prepetition. Proceeds from the Sale were sent to the SBA on or about December 23, 2025 pursuant to the stipulation between the Trustee and the SBA that the Court approved. The Sale of the Purchased Assets has closed and the Sale has been consummated.

Dated: January 13, 2026              DINSMORE & SHOHL LLP

                                     By: /s/ Lovee D. Sarenas
                                         Peter J. Mastan
                                         Lovee D. Sarenas
                                     Counsel to Nancy Zamora, Chapter 7 Trustee

2

#66486460v1

# EXHIBIT 1

## SCHEDULE 1.01-A
## Purchased Assets

| Category | Quantity | Sale Price |
|---|---|---|
| Uncategorized | - | |
| DVD | 125 | |
| Furniture | 44 | |
| Games | 24 | |
| Purses | 8 | |
| Holidays | 3,000 | |
| Household | 10 | |
| Kids | 95 | |
| Luggage | 9 | |
| Men's/Women's shoes | 62 | |
| Men's Clothing | 600 | |
| Sporting Goods | 6 | |
| Women's Clothing | 4,500 | |
| Appliances | 2 | |
| Art | 59 | |
| Books | 320 | |
| Boutique | 400 | |
| Crafts | 34 | |
| Home décor | 15 | |
| Housewares | 240 | |
| Jewelry (fine) | 57 | |
| Jewelry (costume) | 215 | |

Total Inventory

| Equipment/Supplies | Quantity | Sale Price |
|---|---|---|
| Ipad register* | 1 | |
| Square stand* | 1 | |
| Cash drawer | 1 | |
| Receipt printer | 1 | |
| Mannequins | 4 | |
| Office computers | 2 | |

11

#64439516v4

| Desk chairs | 4 | |
| --- | --- | --- |
| File cabinets | 3 | |
| Clothing Rack/Display | 31 | |
| Misc. pricing items | | |
| Microwave | 1 | |
| Refrigerator | 1 | |
| Safe | 1 | |

Total Equipment

GRAND TOTAL

#64439516v4

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is **655 West Broadway, Suite 800, San Diego, CA 92101**

A true and correct copy of the foregoing document entitled (*specify*): **STATEMENT RE: CHAPTER 7 TRUSTEE'S REPORT OF SALE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 13, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Elan S Levey** - elan.levey@usdoj.gov, usacac.tax@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- **Edwin J Rambuski** - edwin@rambuskilaw.com, marissa@rambuskilaw.com
- **Paul F Ready** - becky@farmerandready.com
- **Lovee D Sarenas** - lovee.sarenas@dinsmore.com, wendy.yones@dinsmore.com; adelya.ashralieva@dinsmore.com
- **Felicita A Torres** - torres@g-tlaw.com
- **United States Trustee (ND)** - ustpregion16.nd.ecf@usdoj.gov
- **Nancy J Zamora (TR)** - zamora3@aol.com, nzamora@ecf.axosfs.com

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 13, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SLBiggs
10960 Wilshire Blvd., Ste. 1100
Los Angeles, CA 90024

U.S. Small Business Administration
Attn: Gil Hopenstad, Esq.
312 N. Spring Street, 5th Floor
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here

3

#66486460v1

1 | constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

2

3 | ☐ Service information continued on attached page

4

5 | I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

6 | January 13, 2026      Wendy A. Yones                              /s/ Wendy A. Yones
7 | *Date    Printed Name*                                                          *Signature*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

#66486460v1