Peter J. Mastan (SBN 190250)
E-mail: *peter.mastan@dinsmore.com*
Lovee D. Sarenas (SBN 204361)
E-mail: *lovee.sarenas@dinsmore.com*
**DINSMORE & SHOHL LLP**
550 S. Hope Street, Suite 2800
Los Angeles, CA 90071
Telephone: (213) 335-7737
Facsimile: (213) 335-7740

Counsel to Nancy Zamora, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No.: 9:25-bk-11033-RC |
| HOSPICE PARTNERS, INC.,[1] | Chapter 7 |
| Debtor. | **NOTICE OF CHANGE IN BILLING RATES FOR BANKRUPTCY COUNSEL [EFFECTIVE JANUARY 1, 2026]** |
| | [No Hearing Required] |
| | Honorable Ronald A. Clifford III<br>Courtroom 201 |

**NOTICE IS HEREBY GIVEN THAT** effective January 1, 2026, the new hourly rates for attorneys and paralegals of Dinsmore & Shohl LLP, general bankruptcy counsel to the chapter 7 trustee, Nancy Zamora, are as follows:

/ / /

/ / /

/ / /

---

[1] The following related cases are affiliated with the Debtor: *Wilshire Connected Care, Inc.* (9:25-bk-11028-RC)*; Wilshire Management Services, Inc.* (9:25-bk-11029-RC); *Wilshire Community Services, Inc.* (9:25-bk-11031-RC); *and Wilshire Health & Community Services, Inc.* (9:25-bk-11032-RC).

1

#66943139v1

| **Attorneys** | **Initials** | **Rate** |
|---|---|---|
| Peter J. Mastan | PJM | $890.00 |
| Lovee D. Sarenas | LDS | $790.00 |
| Taylor F. Duncan | TFD | $455.00 |

| **Paraprofessionals** | **Initials** | **Rate** |
|---|---|---|
| Travis Terry | TT | $270.00 |
| Wendy Yones | WY | $230.00 |

Partner Rates:  $530.00 - $1,110.00
Associate Rates:  $400.00 - $555.00
Paraprofessional Rate:  $205.00 - $290.00

Dated: February 5, 2026            DINSMORE & SHOHL LLP

                          By:  /s/ Lovee D. Sarenas
                               Peter J. Mastan
                               Lovee D. Sarenas
                          Counsel to Nancy Zamora, Chapter 7 Trustee

2

#66943139v1

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is **655 West Broadway, Suite 800, San Diego, CA 92101**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHANGE IN BILLING RATES FOR BANKRUPTCY COUNSEL [EFFECTIVE JANUARY 1, 2026]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 5, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Elan S Levey** - elan.levey@usdoj.gov, usacac.tax@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- **Edwin J Rambuski** - edwin@rambuskilaw.com, marissa@rambuskilaw.com
- **Grace Susan Ready** - gready@farmerandready.com
- **Paul F Ready** - becky@farmerandready.com
- **Lovee D Sarenas** - lovee.sarenas@dinsmore.com, wendy.yones@dinsmore.com; adelya.ashralieva@dinsmore.com
- **Felicita A Torres** - torres@g-tlaw.com
- **United States Trustee (ND)** - ustpregion16.nd.ecf@usdoj.gov
- **Nancy J Zamora (TR)** - zamora3@aol.com, nzamora@ecf.axosfs.com

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) February 5, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SLBiggs
10960 Wilshire Blvd., Ste. 1100
Los Angeles, CA 90024

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

3

#66943139v1

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 5, 2026 | Wendy A. Yones | /s/ Wendy A. Yones |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

#66943139v1